# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:10−cv−01983−JEB

MARTENEY v. JINAN et al  
Assigned to: Judge James E. Boasberg  
Cause: 28:1332 Diversity−Breach of Fiduciary Duty  

Date Filed: 11/18/2010  
Date Terminated: 07/08/2014  
Jury Demand: Plaintiff  
Nature of Suit: 160 Stockholders Suits  
Jurisdiction: Diversity  

**Plaintiff**

**JERRY MARTENEY**  
*Derivatively on Behalf of Nominal Defendant*  
*CHINA−BIOTICS, INC.*

represented by **Mark Hanna**  
MURPHY ANDERSON PLLC  
1701 K Street, NW  
Suite 210  
Washington, DC 20006  
(202) 223−2620  
Fax: (202) 223−8651  
Email: mhanna@murphypllc.com  
*ATTORNEY TO BE NOTICED*

**Michelle L. Woolley**  
3543 S. Stafford Street  
Unit B  
Arlington, VA 22206  
(202) 210−0998  
Email: mwoolley@murphypllc.com  
*TERMINATED: 04/09/2014*

V.

**Defendant**

**SONG JINAN**

represented by **Jonathan L. Greenblatt**  
SHEARMAN &STERLING, LLP  
801 Pennsylvania Avenue, NW  
Suite 900  
Washington, DC 20004−2634  
(202) 508−8000  
Fax: (202) 508−8100  
Email: jgreenblatt@shearman.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**CHIN JI WEI**

represented by **Jonathan L. Greenblatt**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**DU WEN MIN**                            represented by **Jonathan L. Greenblatt**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**SIMON YICK**                            represented by **Jonathan L. Greenblatt**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**CHINA−BIOTICS, INC.**                   represented by **Jonathan L. Greenblatt**
*Nominal Defendant*                       (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**ROTH CAPITAL PARTNERS LLC**             represented by **Caryn G. Schechtman**
*TERMINATED: 10/23/2012*                  DLA PIPER LLP (US)
                                          1251 Avenue of the Americas
                                          New York, NY 10020
                                          (212) 335−4500
                                          Fax: (212) 335−4501
                                          *LEAD ATTORNEY*
                                          *PRO HAC VICE*
                                          *ATTORNEY TO BE NOTICED*

                                          **John Vukelj**
                                          DLA PIPER LLP (US)
                                          1251 Avenue of the Americas
                                          New York, NY 10020
                                          (212) 335−4502
                                          Fax: (212) 884−8702
                                          Email: john.vukelj@dlapiper.com
                                          *LEAD ATTORNEY*
                                          *PRO HAC VICE*
                                          *ATTORNEY TO BE NOTICED*

                                          **Katherine M. Ruffing**
                                          DLA PIPER LLP (US)
                                          500 Eighth Street, NW
                                          Washington, DC 20004
                                          (202) 799−4543
                                          Email: katie.ruffing@dlapiper.com
                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**MAXIM GROUP LLC**                       represented by **Caryn G. Schechtman**
*TERMINATED: 10/23/2012*                  (See above for address)
                                          *LEAD ATTORNEY*
                                          *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**John Vukelj**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine M. Ruffing**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/18/2010 | Ï 1 | COMPLAINT against CHINA–BIOTICS, INC., SONG JINAN, DU WEN MIN, CHIN JI WEI, SIMON YICK ( Filing fee $ 350, receipt number 4616034265) filed by JERRY MARTENEY. (Attachments: # 1 Civil Cover Sheet)(dr) (Entered: 11/19/2010) |
| 11/18/2010 | Ï | Summons (5) Issued as to CHINA–BIOTICS, INC., SONG JINAN, DU WEN MIN, CHIN JI WEI, SIMON YICK. (dr) (Entered: 11/19/2010) |
| 12/16/2010 | Ï 2 | STIPULATION *and Proposed Order* by CHINA–BIOTICS, INC.. (Greenblatt, Jonathan) (Entered: 12/16/2010) |
| 12/17/2010 | Ï 3 | STIPULATION AND ORDER setting forth instruction to counsel.. Signed by Judge Emmet G. Sullivan on 12/16/10. (clv, ) (Entered: 12/17/2010) |
| 03/30/2011 | Ï | Case randomly reassigned to U.S. District Judge James E. Boasberg. Judge Emmet G. Sullivan no longer assigned to the case. (gt, ) (Entered: 03/30/2011) |
| 04/12/2011 | Ï 4 | ORDER TO SHOW CAUSE by May 12, 2011, why this caseshould not be dismissed without prejudice for failure to serve Defendants. Signed by Judge James E. Boasberg on 4/12/2011. (lcjeb2) (Entered: 04/12/2011) |
| 04/12/2011 | Ï | Set/Reset Deadlines: Plaintiff to Show Cause by 5/12/2011, why this case should not be dismissed without prejudice for failure to serve Defendants with the summons and complaint. (ad) (Entered: 04/12/2011) |
| 05/11/2011 | Ï 5 | RESPONSE TO ORDER TO SHOW CAUSE by JERRY MARTENEY re 4 Order to Show Cause. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Woolley, Michelle) (Entered: 05/11/2011) |
| 06/16/2011 | Ï 6 | ENTERED IN ERROR. . . . .NOTICE *of Firm Name Change* by JERRY MARTENEY (Woolley, Michelle) Modified on 6/17/2011 (td, ). (Entered: 06/16/2011) |
| 06/17/2011 | | NOTICE OF ERROR re 6 Notice (Other); emailed to mwoolley@murphypllc.com, cc'd 1 associated attorneys –– The PDF file you docketed contained errors: 1. The information contained in document does not match counsel's information on docket. (td, ) (Entered: 06/17/2011) |
| 10/04/2011 | Ï | MINUTE ORDER: Given that no pleadings have been filed since Plaintiff's May 11, 2011, Response, the Court ORDERS that Plaintiff file a status report on or before Oct. 18, 2011, setting forth the status of service on the individual defendants. Signed by Judge James E. Boasberg on 10/4/2011. (lcjeb3) (Entered: 10/04/2011) |
| 10/05/2011 | Ï | Set/Reset Deadlines: Plaintiff shall file a status report on or before 10/18/2011, setting forth the status of service on the individual defendants. (ad) (Entered: 10/05/2011) |

| | | |
|---|---|---|
| 10/17/2011 | Ï 7 | ENTERED IN ERROR. . . . .RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. JERRY MARTENEY served on 6/13/2011, answer due 7/4/2011 (Hanna, Mark) Modified on 10/18/2011 (td, ). (Entered: 10/17/2011) |
| 10/17/2011 | Ï 8 | ENTERED IN ERROR. . . . .RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. JERRY MARTENEY served on 5/27/2011, answer due 7/4/2011 (Hanna, Mark) Modified on 10/18/2011 (td, ). (Entered: 10/17/2011) |
| 10/17/2011 | Ï 9 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. SIMON YICK served on 6/13/2011, answer due 7/4/2011 (td, ) (Entered: 10/18/2011) |
| 10/17/2011 | Ï 10 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DU WEN MIN served on 5/27/2011, answer due 6/17/2011 (td, ) (Entered: 10/18/2011) |
| 10/17/2011 | Ï | NOTICE OF CORRECTED DOCKET ENTRY: re 8 Summons Returned Executed, 7 Summons Returned Executed was entered in error and refiled as docket entry numbers 9 and 10. (td, ) (Entered: 10/18/2011) |
| 10/18/2011 | Ï 11 | RESPONSE TO ORDER TO SHOW CAUSE by JERRY MARTENEY re Order, *and Motion to Extend Time to Serve Complaint*. (Attachments: # 1 Exhibit A)(Woolley, Michelle) (Entered: 10/18/2011) |
| 10/18/2011 | Ï 12 | MOTION for Extension of Time to serve complaint by JERRY MARTENEY; (See Docket entry no. 11 to view.) (td, ) (Entered: 10/19/2011) |
| 10/19/2011 | Ï | MINUTE ORDER granting 11 Motion to Extend Time to Serve Complaint. The Court ORDERS that Plaintiff's time to serve the Complaint is extended to December 19, 2011. Signed by Judge James E. Boasberg on 10/19/2011. (lcjeb3) (Entered: 10/19/2011) |
| 10/19/2011 | Ï | Set/Reset Deadlines: Plaintiff's time to serve the Complaint is extended to 12/19/2011. (ad) (Entered: 10/19/2011) |
| 11/22/2011 | Ï 13 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. SONG JINAN served on 6/8/2011, answer due 6/29/2011 (Woolley, Michelle) (Entered: 11/22/2011) |
| 01/18/2012 | Ï 14 | MOTION Alternative Service of Process by JERRY MARTENEY (Attachments: # 1 Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Text of Proposed Order)(Woolley, Michelle) (Entered: 01/18/2012) |
| 01/18/2012 | Ï 15 | CERTIFICATE OF SERVICE by JERRY MARTENEY re 14 MOTION Alternative Service of Process. (Woolley, Michelle) (Entered: 01/18/2012) |
| 01/26/2012 | Ï | MINUTE ORDER granting 14 Motion for Alternative Service of Process. Pursuant to Fed. R. Civ. P. 4(f)(3), Plaintiff is authorized to serve defendant Chin Ji Wei by delivering a copy of the Summons and Complaint to his attention at Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808. Signed by Judge James E. Boasberg on 01/26/2012. (lcjeb3) (Entered: 01/26/2012) |
| 02/06/2012 | Ï 16 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. CHIN JI WEI served on 2/1/2012, answer due 2/22/2012 (Woolley, Michelle) (Entered: 02/06/2012) |
| 03/23/2012 | Ï 17 | MOTION to Amend/Correct *Complaint* by JERRY MARTENEY (Attachments: # 1 Amended Verified Shareholder Derivative Complaint, # 2 Verification, # 3 Text of Proposed Order)(Woolley, Michelle) (Entered: 03/23/2012) |
| 03/26/2012 | Ï | MINUTE ORDER: Plaintiff has moved for leave to file an Amended Complaint. Although Rule 15(a)(1)(B) does not require the Court's permission in this instance, the Court ORDERS that the 17 Motion is GRANTED and the Amended Complaint is deemed FILED. Signed by Judge James |

| | | |
|---|---|---|
| | | E. Boasberg on 3/26/2012. (lcjeb3) (Entered: 03/26/2012) |
| 03/26/2012 | 18 | AMENDED COMPLAINT against CHINA–BIOTICS, INC., SONG JINAN, DU WEN MIN, CHIN JI WEI, SIMON YICK, ROTH CAPITAL PARTNERS LLC, MAXIM GROUP LLC filed by JERRY MARTENEY.(td, ) Modified on 3/28/2012 (znmw, ). (Entered: 03/27/2012) |
| 04/18/2012 | 19 | WAIVER OF SERVICE by JERRY MARTENEY. MAXIM GROUP LLC waiver sent on 4/2/2012, answer due 6/1/2012. (Woolley, Michelle) (Entered: 04/18/2012) |
| 04/18/2012 | 20 | WAIVER OF SERVICE by JERRY MARTENEY. ROTH CAPITAL PARTNERS LLC waiver sent on 4/2/2012, answer due 6/1/2012. (Woolley, Michelle) (Entered: 04/18/2012) |
| 05/31/2012 | 21 | ENTERED IN ERROR.....PROPOSED STIPULATION AND ORDER extending time to respond to the amended complaint. (jeb, ) Modified on 6/1/2012 (znmw, ). (Entered: 05/31/2012) |
| 05/31/2012 | 22 | STIPULATION re 18 Amended Complaint by JERRY MARTENEY, MAXIM GROUP LLC, ROTH CAPITAL PARTNERS LLC. (znmw, ) (Entered: 06/01/2012) |
| 06/01/2012 | | NOTICE OF CORRECTED DOCKET ENTRY: Docket Entry 21 Stipulation and Order was entered in error as a duplicate of Docket Entry 22 . (znmw, ) (Entered: 06/01/2012) |
| 06/01/2012 | | MINUTE ORDER: Pursuant to the parties' 21 Stipulation, the time for Underwriter Defendants to answer or otherwise respond to the Amended Complaint shall be extended up to and including July 3, 2012. In the future, the parties may not extend deadlines by stipulation, but must obtain leave of the Court, which may be done by consent motion. Signed by Judge James E. Boasberg on 6/1/2012. (lcjeb3) (Entered: 06/01/2012) |
| 06/01/2012 | | Set/Reset Deadline: Defendants to answer or otherwise respond to the Amended Complaint shall be extended up to and including 7/3/2012. (ad) (Entered: 06/01/2012) |
| 06/29/2012 | 23 | Consent MOTION for Extension of Time to File Answer re 18 Amended Complaint by MAXIM GROUP LLC, ROTH CAPITAL PARTNERS LLC (Ruffing, Katherine) (Entered: 06/29/2012) |
| 07/02/2012 | | MINUTE ORDER granting 23 Consent Motion for Extension of Time to Answer: Defendants CAPITAL PARTNERS LLC and MAXIM GROUP LLC shall answer or otherwise respond to the Amended Complaint on or before 8/3/2012. Signed by Judge James E. Boasberg on 7/2/2012. (lcjeb3) (Entered: 07/02/2012) |
| 07/02/2012 | | Set/Reset Deadlines: Defendants CAPITAL PARTNERS LLC and MAXIM GROUP LLC shall answer or otherwise respond to the Amended Complaint on or before 8/3/2012. (ad) (Entered: 07/02/2012) |
| 08/02/2012 | 24 | Consent MOTION for Extension of Time to File Answer *to Amended Complaint* by MAXIM GROUP LLC, ROTH CAPITAL PARTNERS LLC (Attachments: # 1 Text of Proposed Order)(Ruffing, Katherine) (Entered: 08/02/2012) |
| 08/03/2012 | | MINUTE ORDER granting 24 Consent Motion for Extension of Time to Answer: Defendants ROTH CAPITAL PARTNERS LLC and MAXIM GROUP LLC shall answer or otherwise respond to the Amended Complaint on or before 9/7/2012. Signed by Judge James E. Boasberg on 8/3/2012. (lcjeb3) (Entered: 08/03/2012) |
| 08/03/2012 | | Set/Reset Deadlines: Answer to the Amended Complaint by defendants ROTH CAPITAL PARTNERS LLC and MAXIM GROUP LLC due 9/7/2012. (tg, ) (Entered: 08/03/2012) |
| 09/04/2012 | 25 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Caryn G. Schechtman, :Firm− DLA Piper LLP (US), :Address− 1251 Avenue of the Americas, New York, NY 10020. Phone No. − (212) 335−4500. Fax No. − (212) 335−4501 by MAXIM GROUP LLC, ROTH CAPITAL PARTNERS LLC (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Ruffing, |

| | | |
|---|---|---|
| | | Katherine) (Entered: 09/04/2012) |
| 09/04/2012 | 26 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– John Vukelj, :Firm– DLA Piper LLP (US), :Address– 1251 Avenue of the Americas, New York, NY 10020. Phone No. – (212) 335–4500. Fax No. – (212) 335–4501 by MAXIM GROUP LLC, ROTH CAPITAL PARTNERS LLC (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Ruffing, Katherine) (Entered: 09/04/2012) |
| 09/05/2012 | Ï | MINUTE ORDER granting 25 Motion for Admission *Pro Hac Vice* of Caryn Schechtman and granting 26 Motion for Admission *Pro Hac Vice* of John Vukelj. Signed by Judge James E. Boasberg on 9/5/2012. (lcjeb3) (Entered: 09/05/2012) |
| 09/07/2012 | 27 | MOTION to Dismiss *the Amended Derivative Complaint* by MAXIM GROUP LLC, ROTH CAPITAL PARTNERS LLC (Attachments: # 1 Declaration, # 2 Exhibit, # 3 Text of Proposed Order)(Vukelj, John) (Entered: 09/07/2012) |
| 09/07/2012 | 28 | Corporate Disclosure Statement by MAXIM GROUP LLC. (Vukelj, John) (Entered: 09/07/2012) |
| 09/07/2012 | 29 | Corporate Disclosure Statement by ROTH CAPITAL PARTNERS LLC. (Vukelj, John) (Entered: 09/07/2012) |
| 09/21/2012 | 30 | Consent MOTION for Extension of Time to File Response/Reply *to Roth Capital Partners LLC and Maxim Group LLCs Motion to Dismiss* by JERRY MARTENEY (Attachments: # 1 Text of Proposed Order)(Woolley, Michelle) (Entered: 09/21/2012) |
| 09/24/2012 | Ï | MINUTE ORDER granting the parties' 30 Consent Motion for Extension of Time to File Response/Reply to 27 MOTION to Dismiss *the Amended Derivative Complaint*. Plaintiff must respond on or before October 22, 2012. Signed by Judge James E. Boasberg on 9/24/12. (lcjeb3) (Entered: 09/24/2012) |
| 09/24/2012 | Ï | Set/Reset Deadline: Plaintiff must respond on or before 10/22/2012. (ad) (Entered: 09/24/2012) |
| 10/22/2012 | 31 | STIPULATION of Dismissal *Solely with Regard to Defendants Roth Capital Partners LLC and Maxim Group LLC* by JERRY MARTENEY. (Woolley, Michelle) (Entered: 10/22/2012) |
| 10/23/2012 | 32 | STIPULATION AND ORDER of Voluntary Dismissal Solely with Regard to Defendants Roth Capital Partners LLC and Maxim Group LLC. Signed by Judge James E. Boasberg on 10/23/2012. (ad) (Entered: 10/23/2012) |
| 11/01/2012 | 33 | MOTION for Entry of Default *Against Defendants Song Jinan, Chin Ji Wei, Du Wen Min, and Simon Yick* by JERRY MARTENEY (Attachments: # 1 Declaration of Eric L. Zagar in Support of Plaintiff's Motion for Entry of Default, # 2 Affidavit in Support of Default)(Woolley, Michelle) (Entered: 11/01/2012) |
| 11/13/2012 | 34 | Clerk's ENTRY OF DEFAULT as to SONG JINAN, DU WEN MIN, CHIN JI WEI, SIMON YICK (td, ) (Entered: 11/13/2012) |
| 11/14/2012 | Ï | MINUTE ORDER: Plaintiff's 33 Motion for Entry of Default is terminated in light of Clerk's 34 ENTRY OF DEFAULT. Signed by Judge James E. Boasberg on 11/14/12. (lcjeb4) (Entered: 11/14/2012) |
| 11/26/2012 | 35 | Summons Returned Unexecuted as to CHIN JI WEI. (td, ) (Entered: 11/28/2012) |
| 12/07/2012 | 36 | STIPULATION *and Proposed Order* by JERRY MARTENEY. (Woolley, Michelle) (Entered: 12/07/2012) |
| 12/07/2012 | Ï | MINUTE ORDER: The Court hereby ADOPTS the 36 Parties' Joint Stipulation, and GRANTS the proposed order. If the parties are unable to resolve the case by 3/1/2013, counsel for the |

| | | |
|---|---|---|
| | | Nominal Defendant and individual Defendants and counsel for the Plaintiff shall jointly submit for the Court's consideration a proposed briefing schedule governing any motion to dismiss filed in response to the Amended Derivative Complaint. Signed by Judge James E. Boasberg on 12/7/2012. (lcjeb3) Modified on 12/10/2012 to include the briefing schedule deadline (ad). (Entered: 12/07/2012) |
| 12/10/2012 | Ï | Set/Reset Deadline: Counsel for the Nominal Defendant and individual Defendants and counsel for the Plaintiff shall jointly submit for the Court's consideration a proposed briefing schedule governing any motion to dismiss filed in response to the Amended Derivative Complaint on or before 3/1/2013. (ad) (Entered: 12/10/2012) |
| 02/27/2013 | Ï 37 | STIPULATION *and Proposed Order* by CHINA−BIOTICS, INC., SONG JINAN, DU WEN MIN, CHIN JI WEI, SIMON YICK. (Greenblatt, Jonathan) (Entered: 02/27/2013) |
| 02/28/2013 | Ï 38 | STIPULATION AND PROPOSED ORDER; It is hereby STIPULATED and AGREED, by and between the undersigned counsel for the parties, that: (1) The Defendants do not need to take any action in response to the Amended Derivative Complaint at this time while the parties attempt to resolve the case; (2) If the parties are unable to resolve the case by 4/26/2013, counsel for the defendants and counsel for the plaintiff shall jointly submit for the Court's consideration a proposed briefing schedule governing any motion to dismiss filed in response to the Amended Derivative Complaint; (3) The Stipulation is without prejudice to any and all rights or defenses that the parties have under law, including, but not limited to, any and all jurisdictional defenses and defenses based on insufficient service of process. Signed by Judge James E. Boasberg on 2/27/2013. (ad) Modified on 2/28/2013 (ad). (Entered: 02/28/2013) |
| 04/26/2013 | Ï 39 | STIPULATION *and Proposed Order* by CHINA−BIOTICS, INC., SONG JINAN, DU WEN MIN, CHIN JI WEI, SIMON YICK. (Greenblatt, Jonathan) (Entered: 04/26/2013) |
| 04/29/2013 | Ï 40 | STIPULATION AND ORDER: If the parties are unable to resole the case by 6/28/2013, counsel for the defendants and counsel for the plaintiff shall jointly submit for the Court's consideration a proposed briefing schedule governing any motion to dismiss filed in response to the Amended Derivative Complaint. Signed by Judge James E. Boasberg on 4/26/2013. (see Order for details). (ad) (Entered: 04/29/2013) |
| 04/29/2013 | Ï | Set/Reset Deadline: If the parties are unable to resole the case by 6/28/2013, counsel for the defendants and counsel for the plaintiff shall jointly submit for the Court's consideration a proposed briefing schedule governing any motion to dismiss filed in response to the Amended Derivative Complaint. (ad) (Entered: 04/29/2013) |
| 06/26/2013 | Ï 41 | STIPULATION *and Proposed Order* by CHINA−BIOTICS, INC., SONG JINAN, DU WEN MIN, CHIN JI WEI, SIMON YICK. (Greenblatt, Jonathan) (Entered: 06/26/2013) |
| 06/27/2013 | Ï 42 | STIPULATION AND ORDER signed by Judge James E. Boasberg on 6/27/2013. (ad) (Entered: 06/27/2013) |
| 09/30/2013 | Ï 43 | STIPULATION *and Proposed Order* by CHINA−BIOTICS, INC., SONG JINAN, DU WEN MIN, CHIN JI WEI, SIMON YICK. (Greenblatt, Jonathan) (Entered: 09/30/2013) |
| 09/30/2013 | Ï 44 | STIPULATION AND ORDER. Signed by Judge James E. Boasberg on 09/30/2013.(lcjeb3) (Entered: 09/30/2013) |
| 11/29/2013 | Ï 45 | STIPULATION *and Proposed Order* by CHINA−BIOTICS, INC., SONG JINAN, DU WEN MIN, CHIN JI WEI, SIMON YICK. (Greenblatt, Jonathan) (Entered: 11/29/2013) |
| 12/02/2013 | Ï | MINUTE ORDER: Given the parties' 45 Stipulation, the Court ORDERS that: 1) The case is STAYED pending finalization of settlement, and 2) If no dismissal is filed by January 2, 2014, the parties shall file a joint status report on that date and every 30 days thereafter until dismissal. |

| | | |
|---|---|---|
| | | Signed by Judge James E. Boasberg on 12/2/2013. (lcjeb3) (Entered: 12/02/2013) |
| 12/02/2013 | Ï | Case Stayed pending finalization of settlement. (tg, ) (Entered: 12/02/2013) |
| 12/02/2013 | Ï | Set/Reset Deadlines: Joint Status Report due by 1/2/2014. (tg, ) (Entered: 12/02/2013) |
| 01/02/2014 | Ï 46 | STATUS REPORT / *Joint Status Report* by CHINA−BIOTICS, INC., SONG JINAN, DU WEN MIN, CHIN JI WEI, SIMON YICK. (Greenblatt, Jonathan) (Entered: 01/02/2014) |
| 02/03/2014 | Ï 47 | STATUS REPORT */Joint Status Report* by CHINA−BIOTICS, INC., SONG JINAN, DU WEN MIN, CHIN JI WEI, SIMON YICK. (Greenblatt, Jonathan) (Entered: 02/03/2014) |
| 03/05/2014 | Ï 48 | STATUS REPORT / *Joint Status Report* by CHINA−BIOTICS, INC., SONG JINAN, DU WEN MIN, CHIN JI WEI, SIMON YICK. (Greenblatt, Jonathan) (Entered: 03/05/2014) |
| 04/04/2014 | Ï 49 | STATUS REPORT / *Joint Status Report* by CHINA−BIOTICS, INC., SONG JINAN, DU WEN MIN, CHIN JI WEI, SIMON YICK. (Greenblatt, Jonathan) (Entered: 04/04/2014) |
| 04/09/2014 | Ï 50 | NOTICE OF WITHDRAWAL OF APPEARANCE as to JERRY MARTENEY. Attorney Michelle L. Woolley terminated. (Woolley, Michelle) (Entered: 04/09/2014) |
| 05/05/2014 | Ï 51 | STATUS REPORT / *Joint Status Report* by CHINA−BIOTICS, INC., SONG JINAN, DU WEN MIN, CHIN JI WEI, SIMON YICK. (Greenblatt, Jonathan) (Entered: 05/05/2014) |
| 06/04/2014 | Ï 52 | STATUS REPORT / *Joint Status Report* by CHINA−BIOTICS, INC., SONG JINAN, DU WEN MIN, CHIN JI WEI, SIMON YICK. (Greenblatt, Jonathan) (Entered: 06/04/2014) |
| 07/03/2014 | Ï 53 | STATUS REPORT */Joint Status Report* by CHINA−BIOTICS, INC., SONG JINAN, DU WEN MIN, CHIN JI WEI, SIMON YICK. (Greenblatt, Jonathan) (Entered: 07/03/2014) |
| 07/08/2014 | Ï 54 | Joint MOTION to Transfer Case *to the United States District Court for the Southern District of New York* by JERRY MARTENEY (Attachments: # 1 Text of Proposed Order Proposed Order Granting Joint Motion to Transfer Case)(Hanna, Mark) (Entered: 07/08/2014) |
| 07/08/2014 | Ï | MINUTE ORDER GRANTING Joint 54 Motion to Transfer Case. The Court ORDERS that, pursuant to 28 U.S.C. § 1404, this Action is hereby transferred to the Southern District of New York. The Clerk of this Court shall transfer the case forthwith. Signed by Judge James E. Boasberg on 7/8/2014. (lcjeb3) (Entered: 07/08/2014) |
| 07/18/2014 | Ï | Case transferred to the United States District Court for the Southern District of New York, pursuant to Court Order entered 07/08/2014. Sent to Court by extraction. (jf, ) (Entered: 07/18/2014) |